# ELECTRONIC RECORD

COA # 01-13-00900-CR          OFFENSE: 21.1 (Sex Abuse of Child)

STYLE: Raymond Lee Cavitt v. The State of Texas          COUNTY: Harris

COA DISPOSITION: AFFIRM          TRIAL COURT: 174th District Court

DATE: 04/23/2015          Publish: YES   TC CASE #: 1342490

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Raymond Lee Cavitt v. The State of Texas

CCA #: 605-15

_APPELLANT'S_ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

REFUSED

DATE: 06/24/15

JUDGE: Per Curiam

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____     PC: _____

PUBLISH: _____     DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**